B1 (Official Form 1) (4/10)

**UNITED STATES BANKRUPTCY COURT**
District of Hawaii

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Ke Kailani Development, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>04-3686745 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>1099 Alakea Street, Suite 1601<br>Honolulu, Hawaii   ZIP CODE 96813 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Honolulu | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>Same as above    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Mauna Lani Resorts, Kohala, Hawaii    ZIP CODE 96743 | |

Case No: **11-00019**

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

FILED 2011 JAN -5 PD 3:52 U.S. BANKRUPTCY COURT HAWAII

U.S. Bankruptcy Court - Hawaii  #11-00019  Dkt # 2  Filed 01/05/11  Page 1 of 7

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Ke Kailani Development, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: N/A | Case Number: | Date Filed: |
|---|---|---|
| District: District of Hawaii | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>KE KAILANI DEVELOPMENT LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ _____<br>Signature of Attorney for Debtor(s)<br>GARY VICTOR DUBIN   3181<br>Printed Name of Attorney for Debtor(s)<br>DUBIN LAW OFFICES<br>Firm Name<br>55 MERCHANT STREET SUITE 3100<br>Address<br>Honolulu, Hawaii 96813<br><br>Telephone Number<br>(808) 537-2300<br>Date  January 5, 2011<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Michael Fuchs<br>Signature of Authorized Individual<br>Michael Fuchs<br>Printed Name of Authorized Individual<br>Member of LLC<br>Title of Authorized Individual<br><br>Date  January 5, 2011 | |

Debtor: **Ke Kailani Development, LLC**  Case No. (if known):
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 Bays Deaver Lung Rose & Holma<br>1099 Alakea Street, Suite 1600<br>Honolulu, Hawaii 96813 | Bays Deaver Lung Rose & Holma<br>1099 Alakea Street, Suite 1600<br>Honolulu, Hawaii 96813<br>(808) 523-900 | Misc. office espenses | N/A | 41.27 |
| 2 Director of Finance<br>Aupuni Center 101<br>Pauahi Street, Suite 4<br>Hilo, Hawaii 96720 | Stanley Sitko - Administrator<br>(808) 961-8201<br>Aupuni Center 101<br>Pauahi Street, Suite 4<br>Hilo, Hawaii 96720 | Property taxes<br>(all unsold lots/villas) | N/A | 833,079.62 |
| 3 Department of Taxation (State of Hawaii)<br>830 Punchbowl Street<br>Honolulu, Hawaii 96813 | Frederick D. Pablo - Interim Director<br>(808) 587-1540<br>830 Punchbolw Street<br>Honolulu, Hawaii 96813 | General excise taxes | N/A | 74.88 |
| 4 Department of Water Supply<br>345 Kekuanaoa Street, Suite 20<br>Hilo, Hawaii 96720 | Milton Pavao - Administrator<br>345 Kekuanaoa Street, Suite 20<br>Hilo, Hawaii 96720 | Water services to villa 1c, 2c, sales pavilion | N/A | 1,351.56 |
| 5 Ellen Grimes, CPA<br>800 Third Avenue, Suite 3700<br>New York, New York 10022 | Ellen Grimes<br>800 Third Avenue, Suite 3700<br>New York, New York 10022 | Accounting Services | N/A | undetermined |
| 6 FedEx<br>P.O. Box 7221<br>Pasadena, California 91109 | US Customer Service 1-800-463-3339<br>FedEx Customer Relations<br>3875 Airways, Module H3<br>Department 4634<br>Memphis, TN 38116 | Courier services | N/A | 26.24 |
| 7 Ford Credit<br>P.O. Box 7172<br>Pasadena, California 91109 | Customer Service 1-800-727-7000<br>P.O. Box 7172<br>Pasadena, California 91109 | Company car lease | N/A | 1,141.30 |
| 8 Hawaiian Electric Light Co., Inc.<br>P.O. Box 1027<br>Hilo, Hawaii 96721 | Customer Service 935-1171<br>P.O. Box 1027<br>Hilo, Hawaii 96721 | Electric services to villas 1c, 2c | N/A | 1,437.43 |
| 9 Hawaiiana Development Group, LLC<br>1099 Alakea Street, Suite 1601<br>Honolulu, Hawaii 96813 | Hawaiiana Development Group, LLC<br>1099 Alakea Street, Suite 1601<br>Honolulu, Hawaii 96813<br>(808) 521-6200 | Development managment services | N/A | 15,000 |
| 10 Ian K. Caitano dba ICK Services, LLC<br>775 Kinalau Place, Suite 701<br>Honolulu, Hawaii 96813 | Ian K. Caitano<br>775 Kinalau Place, Suite 701<br>Honolulu, Hawaii 96813 | Administrative services | N/A | 1,200 |

Debtor: **Ke Kailani Realty, LLC**

Case No. (if known):

Chapter 11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Ke Kailani Association of Villa Owners<br>3179 Koapaka Street<br>Honolulu, Hawaii 96819 | Ke Kailani Association of Villa Onwers<br>3179 Koapaka Street<br>Honolulu, Hawaii 96819<br>(808) 836-0911 | Maintenance fees for villas 1c, 2c | N/A | 34,968.43 |
| 12 Kona Lua<br>P.O. Box 9019<br>Kailua-Kona, Hawaii 96745 | Deborah Kama<br>(808) 329-1318<br>P.O. Box 9019<br>Kailua-Kona, Hawaii 96745 | Waste tank rental | N/A | 78.12 |
| 13 Ke Kailani Association of Villa Owners<br>3179 Koapaka Street<br>Honolulu, Hawaii 96819 | Ke Kailani Association of Villa Owners<br>3179 Koapaka Street<br>Honolulu, Hawaii 96819<br>(808) 836-0911 | Maintenance fees for all unsold lots/villas | N/A | 582,916.60 |
| 14 Mauna Lani Resort Association<br>711 Kapiolani Blvd., Suite 700<br>Honolulu, Hawaii 96813 | Mauna Lani Resort Association<br>711 Kapiolani Blvd., Suite 700<br>Honolulu, Hawaii 96813<br>(808) 593-9100 | Maintenance fees | N/A | 874.08 |
| 15 The Maintenace Group, LLC<br>P.O. Box 3108<br>Kailua-Kona, Hawaii 96745 | P.O. Box 3108<br>Kailua-Kona, Hawaii 96745 | Landscape maintenace for lots 1c, 2c and sales pavilion | N/A | 1,684.37 |
| 16 Tinguely Development, Inc.<br>P.O. Box 9013<br>Kailua-Kona, Hawaii 96745 | Tinguely Development, Inc.<br>P.O. Box 9013<br>Kailua-Kona, Hawaii 96745<br>(808) 329-8775 | Villa Construction | Disputed | 550,000 |
| 17 Bank of Hawaii<br>111 South King Street,<br>Honolulu, Hawaii 96813 | Commerical Real Estate Loan Division<br>(808) 694-8261<br>130 Merchant Street, 20th floor<br>Honolulu, Hawaii 96813 | Bank Loan $22,000,000 (security value undetermined) | Disputed | undetermined unsecured deficiency amoutns |
| 18 Central Pacific Bank<br>220 South King Street<br>Honolulu, Hawaii 96813 | Commercial Real Estate Loan Division<br>(808) 544-0559<br>220 South King Street<br>Honolulu, Hawaii 96813 | Bank Loan $22,000,000 (security value undetermined) | Disputed | undetermined unsecured deficiency amounts |
| 19 Finance Factors, Ltd.<br>1164 Bishop Street<br>Honolulu, Hawaii 96813 | Geri Shiroma - Operations Supervisor<br>(808) 548-4940<br>1164 Bishop Street<br>Honolulu, Hawaii 96813 | Bank Loan $22,000,000 (security value undetermined) | Disputed | undetermined unsecured deficiency amounts |
| 20 Ke Kailani Partners<br>1099 Alakea Street, Suite 1600<br>Honolulu, Hawaii 96813 | c/o Edward Case, Esq.<br>Bays Deaver Lung Rose & Holma<br>1099 Alakea Street, Suite 1600<br>Honolulu, Hawaii 96813 | Bank Loan Assignee (security value undeterimed) | Disputed | undetermined unsecured deficiency amounts |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 1/5/2011

/s/ *[signature]*

Signature MICHAEL FUCHS

MEMBER OF KE KAILANI DEVELOPMENT LLC

Print Name and Title

Bays Deaver Lung Rose & Holma
1099 Alakea Street, Suite 1600
Honolulu, Hawaii 96813

Director of Finance
Aupuni Center 101
Pauahi Street, Suite 4
Hilo, Hawaii 96720

Department of Taxation (State of Hawaii)
830 Punchbowl Street
Honolulu, Hawaii 96813

Department of Water Supply
345 Kekuanaoa Street, Suite 20
Hilo, Hawaii 96720

Ellen Grimes,
800 Third Avenue, Suite 3700
New York, New York 10022

FedEx Corporation
P.O. Box 7221
Pasadena, California 91109

Ford Credit
P.O. Box 7172
Pasadena, California 91109

Hawaiian Electric Light Co., Inc.
P.O. Box 1027
Hilo, Hawaii 96721

Hawaiiana Development Group, LLC
1099 Alakea Street, Suite 1601
Honolulu, Hawaii 96813

Ian K. Caitano
775 Kinalau Place, Suite 701
Honolulu, Hawaii 96813

Ke Kailani Association of Villa Owners
3179 Koapaka Street
Honolulu, Hawaii 96819

Kona Lua
P.O. Box 9019
Kailua-Kona, Hawaii 96745

Mauna Lani Resort Association
711 Kapiolani Blvd., Suite 700
Honolulu, Hawaii 96813

The Maintenance Group, LLC
P.O. Box 3108
Kailua-Kona, Hawaii 96745

Tinguely Development, Inc.
P.O. Box 9013
Kailua-Kona, Hawaii 96745

Ke Kailani Partners
c/o Edward Case
Bays Deaver Lung & Holma
1099 Alakea Street, Suite 1600
Honolulu, Hawaii 96813

Bank of Hawaii
111 South King Street
Honolulu, Hawaii 96813

Central Pacific Bank
220 South King Street
Honolulu, Hawaii 96813

Finance Factors, Ltd.
1164 Bishop Street
Honolulu, Hawaii 96813