UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

In Re:  
**Ke Kailani Development, LLC**  
Debtor(s).

Case No.: **11–00019**

Chapter: **11**

# ORDER IN A CHAPTER 11 CASE

WHEREAS, an order for relief has been entered in this case commenced under chapter 11 of the Bankruptcy Code,

**IT IS ORDERED:**

The Debtor and, if any, the Debtor's trustee, officers, directors, controllers, or responsible individuals shall comply with the following:

I. SERVICE OF THE PETITION

The Debtor shall serve as soon as practicable after entry of this order a copy of the bankruptcy petition on the **Securities and Exchange Commission**, the **District Director of Internal Revenue,** the **Department of Labor and Industrial Relations, State of Hawaii,** and the real property taxing authority of each county of the State of Hawaii in which the Debtor has an interest in real property or is liable for the payment of real property taxes. The copy of the petition shall be sent to the above entities at the respective addresses listed on Attachment 1 to this order.

II. SERVICE OF PLAN AND DISCLOSURE STATEMENT

The Debtor shall serve the plan and disclosure statement, and the notice of the hearing thereon, on the **Securities and Exchange Commission** at the address listed on Attachment 1 to this order.

III. TAXES

The Debtor shall file all tax returns and pay all federal, state, county and other taxes as they become due.

    A. Segregation of Taxes. The debtor shall segregate and hold separate and apart from all other funds, all withholding, social security (both the employees' and employer's portions), excise, agricultural, or other taxes collected, received or withheld for or on behalf of the United States, State, or other governmental entity.

        1. Withholding Taxes. The Debtor shall deposit taxes arising from the payment of wages or salaries in the manner provided by law. Information concerning these deposits is available from the Internal Revenue Service (IRS) in Circular E, Employer's Tax Guide.

        2. Excise Taxes. The debtor shall deposit excise taxes in the manner provided by law. Information concerning these deposits is available from the IRS in Form 720, Quarterly Federal Excise Tax Return.

    B. Filing of Return, Payment of Taxes.

        1. Federal Taxes. The Debtor shall file timely federal tax returns as required by law at the address listed on Attachment 1 to this order, or as otherwise instructed by the IRS.

        2. State Taxes. The Debtor shall pay all State of Hawaii tax liabilities as they become due, including, without limitation, net income tax, general excise tax, use tax, real property tax, and withholding tax to the **Department of Taxation, State of Hawaii**, at the address listed on

Attachment 1 to this order, or as otherwise instructed by the Department of Taxation. Further, with respect to taxes arising out of the payment of wages or salaries, the Debtor shall pay such taxes within 5 business days after payment of such wages or salaries.

    3. <u>State of Hawaii Unemployment Insurance Taxes</u>. The Debtor shall pay all State of Hawaii unemployment insurance taxes as they become due to the **Unemployment Insurance Division, Department of Labor and Industrial Relations, State of Hawaii**, at the address listed on Attachment 1 to this order, or as otherwise instructed by the Department of Labor and Industrial Relations.

    4. <u>County Taxes</u>. The Debtor shall pay all county real property taxes as they become due in the manner provided by the relevant ordinances and regulations.

IV.    BANKRUPTCY QUESTIONNAIRE

The Debtor shall complete the attached Bankruptcy Questionnaire and send a copy of the completed questionnaire within 15 days after the date of entry of this order to the **Internal Revenue Service, the Department of Taxation, State of Hawaii**, and the **Department of Labor and Industrial Relations, State of Hawaii**, at the respective addresses listed on Attachment 1 to this order.

V.    FAILURE TO COMPLY

The failure of the Debtor to comply with provisions of this order will be a basis for dismissal of the case or conversion to chapter 7 of the Bankruptcy Code.

**Dated: January 5, 2011**

                                        United States Bankruptcy Judge

Honolulu, Hawaii

# BANKRUPTCY QUESTIONNAIRE

| | |
|---|---|
| Name of the Debtor (include dba's if any)<br><br><br><br><br>Debtor EIN Number:<br><br>Debtor Hawaii Excise Tax Number: | Address/Telephone number of the Debtor: |
| Attorney for the Debtor (Name, address and telephone number)<br><br><br><br><br><br>Power of Attorney for tax matters? _____ Yes _____ No | Corporate Officers/Partners (Names and Titles) |
| Individual/Organization Responsible for Payroll Records (Name/Address/Telephone Number) | Usual Pay Periods:<br><br>Usual Pay Dates: |
| Average Gross Payroll Per Pay Period for last six months. | Average Withholding Tax Liability Per Pay Period for the last six months:<br>State:<br>Federal: |
| Average Social Security Liability Per Pay Period – Including Employer's Portion for the last 6 months: | Average State Unemployment Insurance Taxes Per Pay Period: |
| Average Number of Employees Per Pay Period for the last 6 months: | Average Excise Tax Per Quarter:<br>State:<br>Federal: |
| Estimated Number of Employees to be retained through Chapter 11 case: | |
| Dated:_____ | Prepared by:_____ |

# ATTACHMENT 1

| Agency | Address | Required Transmittal |
|---|---|---|
| Securities and Exchange Commission | Securities and Exchange Commission<br>Pacific Regional Office<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Blvd. 11th Floor<br>Los Angeles, CA 90036–3648 | Petition<br>Disclosure Statement<br>Plan |
| Internal Revenue Service | Internal Revenue Service<br>IRS SPF Insolvency<br>300 Ala Moana Blvd., Stop H240<br>Honolulu, HI 96850–4992 | Petition<br>Tax Returns<br>Bankruptcy Questionnaire |
| Department of Labor and Industrial Relations<br>State of Hawaii | DLIR<br>Director's Office<br>830 Punchbowl Street, Room 321<br>Honolulu, HI 96813 | Petition<br>Bankruptcy Questionnaire |
| Department of Taxation<br>State of Hawaii | Department of Taxation<br>State of Hawaii<br>P.O. Box 259<br>Honolulu, HI 96809 | Tax Returns and Payments<br>Bankruptcy Questionnaire |
| Unemployment Insurance Division<br>DLIR<br>State of Hawaii | Unemployment Insurance Division, DLIR<br>State of Hawaii<br>Attn: Oahu Branch<br>P.O. Box 700<br>Honolulu, HI 96809 | Unemployment Insurance Taxes |
| City and County of Honolulu | Real Property Tax Collection Unit<br>Division of Treasury<br>City and County of Honolulu<br>530 South King St.<br>Honolulu, HI 96813 | Real Property Taxes– Oahu |
| County of Hawaii | County of Hawaii<br>Attn: Corporation Counsel<br>101 Aupuni Street, Suite 325<br>Hilo, HI 96720 | Real Property Taxes – Hawaii |
| County of Kauai | County of Kauai<br>Real Property Tax Collection Unit<br>4444 Rice St. Suite A–463<br>Lihue, Hi 96766–1340 | Real Property Taxes – Kauai |
| County of Maui | County of Maui<br>Director of Finance<br>200 South High Street<br>Wailuku, HI 96793 | Real Property Taxes – Maui |