**ORIGINAL**

STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| TERENCE J. O'TOOLE | 1209-0 |
| SHARON V. LOVEJOY | 5083-0 |
| RICHARD J. WALLSGROVE | 9054-0 |

733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Ph: (808) 537-6100
TOToole@starnalw.com
Slovejoy@starnlaw.com
Rwalsgrove@starnlaw.com

RUSH MOORE LLP
A Limited Liability Law Partnership

SUSAN TIUS                     2873-0

737 Bishop Street, Ste. 2400
Honolulu, Hawaii 96813
Ph: (808) 521-0406
stius@rmhawaii.com

Attorneys for
KE KAILANI PARTNERS, LLC

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2011 JAN 11 P 3: 38

MICHAEL B. DOWLING
CLERK OF COURT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>KE KAILANI DEVELOPMENT LLC<br>a Hawaii limited liability company | CASE NO. 11-00019<br>Chapter 11<br><br>ENTRY OF APPEARANCE AND<br>REQUEST FOR NOTICES<br><br><br>Judge: Honorable Robert J. Faris |

262507-1

# ENTRY OF APPEARANCE
# AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that KE KAILANI PARTNERS, LLC, by and through their counsel Starn O'Toole Marcus & Fisher and Rush Moore LLP, hereby appear in the above-captioned case, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in this case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be given to, and served upon KE KAILANI PARTNERS, LLC as set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred in the Rules noted above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, facsimile, or telephone, all of which shall be sent to:

>TERENCE J. O'TOOLE, ESQ.
>SHARON V. LOVEJOY, ESQ.
>RICHARD J. WALSGROVE, ESQ.
>Starn O'Toole Marcus & Fisher
>733 Bishop Street, Suite 1900
>Honolulu, Hawaii 96813
>Ph: (808) 537-6100

Fax: (808) 537-5434
TOToole@starnlaw.com
Slovejoy@starnlaw.com
Rwalsgrove@starnlaw.com

and

SUSAN TIUS, ESQ.
Rush Moore LLP, A Limited Liability Law Partnership
737 Bishop Street, Ste. 2400
Honolulu, Hawaii 96813
Ph: (808) 521-0406
Fax: (808) 521-0497
stius@rmhawaii.com

DATED: Honolulu, Hawaii, January 11, 2011.

_____
TERENCE J. O'TOOLE
SHARON V. LOVEJOY
RICHARD J. WALLSGROVE

and

SUSAN TIUS

Attorneys for Defendants
KE KAILANI PARTNERS, LLC

3