B7 (Official Form 7) (04/10)

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
JAN 19 P 3:10
MICHAEL B. DOWLING
CLERK OF COURT

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

In re: __Ke Kailani Development LLC_____,        Case No. __11-00019 (Chapter 11)_____
           Debtor                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None


State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                            SOURCE



**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850\*.  If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment "1"

---

\*  *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None 

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tinguely Development, Inc. v. Ke Kailani Development | Civil No. 10-1-141 Contractor payment dispute | Circuit Court of the Third Circuit, Hawaii | In litigation |
| Bank of Hawaii, Finance Factors, Central Pacific Bank v. Ke Kailani Development | Civil No. 09-1-2523-10 Foreclosure | Circuit Court of the First Circuit, Hawaii | Judgment on appeal |

None 

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None 

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

 None ✔

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, **unless** the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

 None ☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, **unless** the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| George Van Buren 745 South Street Honolulu, Hawaii 96813 | Circuit Court of the First Circuit, Hawaii Civil No. 09-1-2523-10 ~~case name: see 4(a)~~ | April 22, 2010 | Ke Kailani Development valued at $43 million |

### 7. Gifts

 None ✔

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, **unless** the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8. Losses

None ✔

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, **unless** the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dubin Law Offices 55 Merchant Street, Suite 3100 Honolulu, Hawaii 96813 | January 3, 2011 | $15,000 |

### 10. Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of Hawaii 130 Merchant Street, 20th floor Honolulu, Hawaii 96813 | Business checking account 2701 | $0 closed December, 2010 |

**12. Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**


None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

See Attachment "2"

None ☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

     NAME                                  ADDRESS

     See Attachment "2"

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

     NAME AND ADDRESS                               DATE ISSUED

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| DATE OF INVENTORY | |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michael J. Fuchs<br>9 West 57th Street<br>Suite 4220<br>New York, New York 10019 | Member LLC | 100% |

**22 . Former partners, officers, directors and shareholders**


None

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL


None

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                   DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**


None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**


None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**


None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature
                                  of Debtor        _____

Date _____    Signature of
                                  Joint Debtor
                                  (if any)         _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   1/19/11                    Signature

                                  Print Name and
                                  Title

*Michael Fuchs, Member*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

4 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# Attachment "1"

# Ke Kailani Development LLC
## Custom Transaction Detail Report
### October 1, 2010 through January 5, 2011

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|----------------:|------------:|--------:|
| **Air Conditioning Specialists, Inc.** | | | | | | | |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Air Conditioning Specialists, Inc. | A/C Repairs Villas 1C, 2C | (678.54) | (678.54) | (678.54) |
| Total Air Conditioning Specialists Inc | | | | | | (678.54) | (678.54) |
| | | | | | | | |
| **Bays Deaver Lung Rose Holma** | | | | | | | |
| Bill Pmt -Check | 10/11/2010 | CPB-BP | Bays Deaver Lung Rose Holma | Invs. 36544, 36756, 36941 | (31.72) | (31.72) | (31.72) |
| Total Bays Deaver Lung Rose Holma | | | | | | (31.72) | (31.72) |
| | | | | | | | |
| **Dept of Water Supply** | | | | | | | |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Dept of Water Supply | Acct. 006-84066069-12 Villa 1C Water Usage 7/15-9/20/10 | (856.50) | (856.50) | (856.50) |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Dept of Water Supply | Acct. 006-84066027-10 Sales Pavilion Water Usage 7/15-9/20/10 | (48.26) | (48.26) | (904.76) |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Dept of Water Supply | Acct. 006-84066066-12 Villa 2C Water Usage 7/15-9/20/10 | (970.82) | (970.82) | (1,875.58) |
| Total Dept of Water Supply | | | | | | (1,875.58) | (1,875.58) |
| | | | | | | | |
| **FedEx Kinko's** | | | | | | | |
| Bill Pmt -Check | 11/12/2010 | Debit | FedEx Kinko's | Inv 7-275-22185 Courier Services (L. Trujillo) Oct-10 | (20.97) | (20.97) | (20.97) |
| Total FedEx Kinko's | | | | | | (20.97) | (20.97) |
| | | | | | | | |
| **Ford Credit** | | | | | | | |
| Bill Pmt -Check | 10/27/2010 | CPB-BP | Ford Credit | Acct. #43660901 Explorer Lease Oct-10 | (570.65) | (570.65) | (570.65) |
| Bill Pmt -Check | 11/16/2010 | CPB-BP | Ford Credit | Acct. #43660901 Explorer Lease Nov-10 | (656.25) | (656.25) | (1,226.90) |
| Bill Pmt -Check | 12/09/2010 | CPB-BP | Ford Credit | Acct. #43660901 Explorer Lease Dec-10 | (570.65) | (570.65) | (1,797.55) |
| Total Ford Credit | | | | | | (1,797.55) | (1,797.55) |
| | | | | | | | |
| **Hawaiiana Development Group** | | | | | | | |
| Bill Pmt -Check | 10/11/2010 | CPB-BP | Hawaiiana Development Group | Development Management Fee Oct-10 | (15,000.00) | (15,000.00) | (15,000.00) |
| Bill Pmt -Check | 10/20/2010 | CPB-BP | Hawaiiana Development Group | DD Space Rent Oct-10 | (1,256.54) | (1,256.54) | (16,256.54) |
| Bill Pmt -Check | 11/12/2010 | CPB-BP | Hawaiiana Development Group | Development Management Fee Nov-10 | (15,000.00) | (15,000.00) | (31,256.54) |
| Bill Pmt -Check | 11/12/2010 | CPB-BP | Hawaiiana Development Group | Due Diligence Office Rent Nov-10 | (1,256.54) | (1,256.54) | (32,513.08) |
| Bill Pmt -Check | 12/01/2010 | CPB-BP | Hawaiiana Development Group | Development Management Fee Dec-10 | (15,000.00) | (15,000.00) | (47,513.08) |
| Check | 12/09/2010 | CPB-BP | Hawaiiana Development Group | DD Office Rent Dec-10 | (1,256.54) | (1,256.54) | (48,769.62) |
| Check | 12/28/2010 | CPB-BP | Hawaiiana Development Group | DD Office Rent Jan-11 | (1,256.54) | (1,256.54) | (50,026.16) |
| Bill Pmt -Check | 01/05/2011 | CPB-BP | Hawaiiana Development Group | Development Management Fee Jan-11 | (15,000.00) | (15,000.00) | (65,026.16) |
| Total Hawaiiana Development Group | | | | | | (65,026.16) | (65,026.16) |
| | | | | | | | |
| **HELCO (Villa 1C)** | | | | | | | |
| Bill Pmt -Check | 11/05/2010 | CPB-BP | HELCO (Villa 1C) | 0700-3462-001 (Villa 1C) | (683.61) | (683.61) | (683.61) |
| Bill Pmt -Check | 12/09/2010 | CPB-BP | HELCO (Villa 1C) | 0700-3462-001 (Villa 1C) | (800.23) | (800.23) | (1,483.84) |
| Total HELCO (Villa 1C) | | | | | | (1,483.84) | (1,483.84) |
| | | | | | | | |
| **HELCO (Villa 2C)** | | | | | | | |
| Bill Pmt -Check | 11/05/2010 | CPB-BP | HELCO (Villa 2C) | 0700-3453-001 (Villa 2C) | (622.40) | (622.40) | (622.40) |
| Bill Pmt -Check | 12/09/2010 | CPB-BP | HELCO (Villa 2C) | 0700-3453-001 (Villa 2C) | (707.89) | (707.89) | (1,330.29) |
| Total HELCO (Villa 2C) | | | | | | (1,330.29) | (1,330.29) |
| | | | | | | | |
| **Howard Hamamoto** | | | | | | | |
| Check | 12/09/2010 | CPB-BP | Howard Hamamoto | KKD-CPB Fees | (4,462.50) | (4,462.50) | (4,462.50) |
| Total Howard Hamamoto | | | | | | (4,462.50) | (4,462.50) |
| | | | | | | | |
| **Ke Kailani Community Association** | | | | | | | |
| Bill Pmt -Check | 10/11/2010 | CPB-BP | Ke Kailani Community Association | KKCA Maint Fees Villas 1C, 2A, 2C, Oct-10 | (2,234.36) | (2,234.36) | (2,234.36) |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Ke Kailani Community Association | KKCA Maint Fees Villas 1C, 2A, 2C, Nov-10 | (2,234.36) | (2,234.36) | (4,468.72) |
| Total Ke Kailani Community Association | | | | | | (4,468.72) | (4,468.72) |
| | | | | | | | |
| **Ke Kailani Condominium AOVC** | | | | | | | |
| Bill Pmt -Check | 10/11/2010 | CPB-BP | Ke Kailani Condominium AOVO | KK AOVO Maint Fees Villas 1C, 2C Oct-10 | (5,876.06) | (5,876.06) | (5,876.06) |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Ke Kailani Condominium AOVO | KK AOVO Maint Fees Villas 1C, 2C Nov-10 | (5,876.06) | (5,876.06) | (11,752.12) |
| Total Ke Kailani Condominium AOVO | | | | | | (11,752.12) | (11,752.12) |
| | | | | | | | |
| **Kona Lua, Inc.** | | | | | | | |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Kona Lua, Inc. | Inv 42503 Sales Pavilion Tank Rental Oct-10 | (78.12) | (78.12) | (78.12) |
| Bill Pmt -Check | 12/09/2010 | CPB-BP | Kona Lua, Inc. | Inv 42785 Sales Pavilion Tank Rental Nov-10 | (78.12) | (78.12) | (156.24) |
| Total Kona Lua, Inc. | | | | | | (156.24) | (156.24) |
| | | | | | | | |
| **Mauna Lani Resort Assn.** | | | | | | | |
| Bill Pmt -Check | 10/21/2010 | CPB-BP | Mauna Lani Resort Assn. | Acct 384-011 Parcel Assessment (4 Villa Lots) Jun-10 | (437.04) | (437.04) | (437.04) |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | Mauna Lani Resort Assn. | Acct 384-011 Parcel Assessment (4 Villa Lots) Jun-10 | (437.04) | (437.04) | (874.08) |
| Total Mauna Lani Resort Assn. | | | | | | (874.08) | (874.08) |
| | | | | | | | |
| **The Maintenance Group, LLC** | | | | | | | |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | The Maintenance Group, LLC | Landscape Maintenance Oct-10 | (1,684.37) | (1,684.37) | (1,684.37) |
| Bill Pmt -Check | 12/09/2010 | CPB-BP | The Maintenance Group, LLC | Landscape Maintenance Nov-10 | (1,684.37) | (1,684.37) | (3,368.74) |
| Total The Maintenance Group, LLC | | | | | | (3,368.74) | (3,368.74) |
| | | | | | | | |
| **William Beaton** | | | | | | | |
| Bill Pmt -Check | 11/09/2010 | CPB-BP | William Beaton | Travel Reimbursements - Site Tour 9/30/10 | (375.82) | (375.82) | (375.82) |
| Total William Beaton | | | | | | (375.82) | (375.82) |
| | | | | | | | |
| **TOTAL** | | | | | | **(97,702.87)** | **(97,702.87)** |

U.S. Bankruptcy Court - Hawaii   #11-00019   Dkt # 10   Filed  01/19/11   Page 13 of 15

Attachment "2"

1) Ian Caitano – bookkeeper
   775 Kinalau Place, Suite 701
   Honolulu, Hawaii 96813

   Services rendered 2001 to present

2) Ellen Grimes, CPA
   800 Third Avenue, Suite 3700
   New York, New York 10022

   Services rendered 2001 to present

3) Margolin Winer Evens, CPAs
   400 Garden City Plaza, 5th Floor
   Garden City, New York 11530

   Services rendered 2001 to present