

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250L
Honolulu, Hawaii 96813

ord_105d-11 (10/09)

| *Debtor:* | Ke Kailani Development, LLC | Case No.: | **11-00019** |
|---|---|---|---|
| *Joint Debtor:* *(if any)* | | Chapter: | 11 |

### ORDER SETTING STATUS CONFERENCE

Pursuant to 11 U.S.C. § 105(d),

IT IS HEREBY ORDERED:

1. A status conference shall be held in this chapter 11 case at the United States Bankruptcy Court for the District of Hawaii, 1132 Bishop Street, Honolulu, Hawaii, at the date and time below.

   Date: **February 22, 2011**   Time: **9:30 a.m.**

2. The debtor shall serve a copy of this order on all secured creditors, the official unsecured creditors committee (or if no committee has been formed, the twenty largest unsecured creditors), the United States of America - Internal Revenue Service, the Department of Taxation of the State of Hawaii, and the Office of the United States Trustee.

3. The debtor (or, if the debtor is not a natural person, the debtor's designated representative) and the debtor's counsel shall attend the status conference in person. Creditors and other parties in interest are welcome but are not required to attend.

4. The debtor shall be prepared to discuss (a) the nature of the debtor's business, assets, and liabilities, (b) the reasons why the debtor sought relief under chapter 11, (c) a general outline of the plan of reorganization which the debtor intends to file, (d) the date by which the debtor shall file a plan of reorganization and disclosure statement, (e) the dates by which the debtor shall file any other important motions or take other important actions in or in connection with this case, (f) any steps which could reasonably be taken to expedite or simplify this case or increase the likelihood of a successful reorganization, and (g) other matters as appropriate.



/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 01/21/2011